# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3878

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| Rodney L. Edgerson, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 10, 2001

Filed: April 18, 2001

_____

Before BOWMAN and FAGG, Circuit Judges, and PIERSOL,* District Judge.

_____

PER CURIAM.

Rodney L. Edgerson appeals his jury conviction for distribution of crack cocaine, arguing the evidence was insufficient to convict him. Viewing the evidence in the light most favorable to the verdict and giving the verdict the benefit of all reasonable inferences, we conclude a reasonable jury could have found Edgerson guilty beyond

_____

*The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, sitting by designation.

a reasonable doubt on each essential element of the charge.  We thus affirm Edgerson's conviction.[**]

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[**]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.